MAUDE R. SPEAR, as Executrix of ARTHUR H. SPEAR, Deceased, Appellant, *v.* AMERICAN SERVICE UNION, Respondent.

*Spear* v. *American Service Union,* 76 App. Div. 624, affirmed.
(Argued October 13, 1904; decided October 28, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

November 17, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*William E. Warland* for appellant.

*Edward S. Peck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.